LAWRENCE G. BROWN
United States Attorney
G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6648
Facsimile:   (202) 307-0054
Guy.P.Jennings@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PETER V. WOLFE and<br>CAROL M. WOLFE,<br><br>    Defendants. | Civil No. 2:09-CV-01176 MCE DAD<br><br>**ORDER UPON STIPULATION AND REQUEST FOR ENTRY OF DISPOSITIVE ORDER AND JUDGMENT** |

The United States of America, the plaintiff, and Peter V. Wolfe and Carol M. Wolfe, defendants, have stipulated that the following facts are undisputed:

**UNDISPUTED FACTS**

1. On September 7, 2008, Peter V. Wolfe and Carol M. Wolfe (the "Wolfes") filed with the Secretary of State of California a UCC Financing Statement, document number 18303690002, filing number 08-7171067774, ("UCC Financing Statement").

2. The UCC Financing Statement wrongly described as debtors the following persons: (1) Lisa Garcia, a Revenue Officer for the Internal Revenue Service; (2) Kandis A. Biele, an IRS paralegal;  (3) McGregor W. Scott, the former United States Attorney for the Eastern District of California;  (4) Donald Korb, the former IRS Chief Counsel, (5) Clarissa Potter, the IRS Acting Chief Counsel;   (6) Caroline A. Newman, a trial attorney in the Tax Division of the United States Department of Justice;   (7) Victoria C. Minor, Clerk of Court for the United States

1  District Court for the Eastern District of California;   (8)  the Honorable John F. Moulds,
2  Magistrate Judge for the United States District Court for the Eastern District of California; and
3  (9) the Honorable Edmund F. Brennan, Magistrate Judge for the Eastern District of California
4  (hereinafter, collectively, the "named persons").
5  3.    None of the named persons listed in the UCC Financing Statement had any interaction
6  with Peter V. Wolfe and Carol M. Wolfe outside the scope of the named persons' federal
7  employment.  The Magistrate Judges adjudicated matters entirely within the proper jurisdiction
8  of the Court.  None of the named persons are indebted to the Wolfes in any way.  None of the
9  named persons have made a contract with the Wolfes that could be secured by a UCC
10 Financing Statement.
11 4.    After the Wolfes discussed with their attorney the facts relating to the UCC Financing
12 Statement, the Wolfes now understand that there was no legal basis for filing the UCC
13 Financing Statement against the named persons.
14 5.    The Wolfes attempted to file the UCC Financing Statement in federal district court in
15 Nevada as a foreign judgment. Peter V. Wolfe, Misc. No. 2:08-MS-00063-NA (D. Nev.).  The
16 Wolfes agree to request an order to seal that filing and dismiss that action with prejudice.
17 6.    The Wolfes now understand that the filing of the UCC Financing Statement imposed an
18 immediate and irreparable injury upon the United States of America by impeding, obstructing
19 and impairing the execution of the official duties of its employees or officers.

### ORDER

21     In accordance with the facts set forth above, upon the stipulation of the parties for a
22 dispositive order and judgment in this case in accordance with said facts, and for good cause
23 shown,
24     **IT IS ORDERED THAT** the UCC Financing Statement, document number
25     18303690002, filing number 08-7171067774, filed September 7, 2008, by Peter V.
26     Wolfe and Carol M. Wolfe with the California Secretary of State, is hereby deemed null,
27     void, released, and of no legal effect, and the California Secretary of State, or any other
28     public record holder, is directed to expunge, seal, and remove the filing from the public

1  record;

2  **IT IS FURTHER ORDERED THAT** Peter V. Wolfe and Carol M. Wolfe, their agents, employees, and all others in active concert or participation with them are hereby enjoined from filing, or attempting to file, any document or instrument which purports to create any non-consensual lien or encumbrance against the person or property of any employee or officer of the United States. This injunction does not apply to or prohibit liens lawfully created by any judgment of a state or federal court of competent jurisdiction. Peter V. Wolfe and Carol M. Wolfe are hereby notified that a failure to comply with this Order may subject them to sanctions for contempt of court. Peter V. Wolfe and Carol M. Wolfe shall cooperate with government efforts to seal or expunge the Nevada filing described above.

Judgment shall be entered in favor of the United States of America in accordance with the foregoing.   Each side shall bear its own costs.  The Clerk of Court is hereby directed to close this file.

**IT IS SO ORDERED**.

Dated: June 23, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE